JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AHJEEB JAMAL BOYD, | ) | NO. CV 21-2890-JAK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NEIL McDOWELL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 25, 2021.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE